UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHARI L. OLIVER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JULIE A. MCDONALD, *et al.*,<br><br>Defendants. | Case No. 22-cv-12665<br>Honorable Gershwin A. Drain<br>Magistrate Judge Elizabeth A. Stafford |

**REPORT AND RECOMMENDATION TO GRANT THE MCOA DEFENDANTS' MOTION TO DISMISS (ECF NO. 11)**

Plaintiff Shari L. Oliver, representing her two minor children and herself pro se, filed suit against twenty defendants, including Michigan Court of Appeals judges Elizabeth L. Gleicher, Jane E. Markey, Douglas B. Shapiro, and Sima G. Patel ("MCOA defendants"). The MCOA defendants move to dismiss Oliver's claims. ECF No. 11. The Honorable Gershwin A. Drain referred the motion to the undersigned for a report and recommendation under 28 U.S.C. § 636(b)(1)(B). ECF No. 39.

The Court recently recommended dismissing the action for lack of jurisdiction over the claims or over judges and staff members of the Oakland County Circuit Court. ECF No. 37. For the reasons stated in that

report and recommendation, the Court **RECOMMENDS** that the MCOA defendants' motion to dismiss be **GRANTED**.

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

Dated: February 9, 2023

## NOTICE TO THE PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).  If a party fails to timely file specific objections, any further appeal is waived.  *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991).  And only the specific objections to this report and recommendation are preserved for appeal; all other objections are waived.  *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and recommendation to which it pertains.  Within 14 days after service of objections, **any non-objecting party must file a response** to the

objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc.  The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation.  If the Court determines that any objections lack merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 9, 2023.

> s/Marlena Williams
> MARLENA WILLIAMS
> Case Manager